<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7253**

───────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

RODNEY LANE HOOKER, a/k/a D, a/k/a Hook,

                                   Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CR-96-188, CA-98-941-1)

───────────

Submitted:  February 24, 2000        Decided:  March 6, 2000

───────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Rodney Lane Hooker, Appellant Pro Se.  Robert Michael Hamilton,
OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Lane Hooker seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Hooker's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hooker, Nos. CR-96-188; CA-98-941-1 (M.D.N.C. Aug. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED